I reluctantly concur with the main opinion's remand of this case to the circuit court for further proceedings based on the Alabama Supreme Court's holding in Ex parte Cole, 842 So.2d 605 (Ala. 2002).
I recognize that this Court is bound by the decisions of the Alabama Supreme Court, see § 12-3-16, Ala. Code 1975, and "is without authority to overrule the decisions of that court." Jones v. City ofHuntsville, 288 Ala. 242, 244, 259 So.2d 288, 290 (1972). Thus, we have no choice but to remand this case for further proceedings to determine whether the appellant consented to "amending" his indictment, regardless of the fact that the record clearly indicates that the appellant was "aided by another person actually present" at the time the robbery was committed.